**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6664**

---

GEORGE ALBERT HOOD,

       Plaintiff - Appellant,

    v.

TRACY W. JOHNS; ANDRES HERNANDEZ; KAREN STEINOUR; FREDDIE
GARRIDO; ANDREA TAYLOR; UNIT MANAGER WEAVER; MARGRET HALE;
LIEUTENANT BELL; LIEUTENANT FERNANDEZ; OFFICER SMITH;
OFFICER RUFFIN,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:11-ct-03072-FL)

---

Submitted: September 29, 2014    Decided: October 16, 2014

---

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Albert Hood, Appellant Pro Se.  Matthew Fesak, Assistant
United States Attorney, Raleigh, North Carolina; Michael
Lockridge, Special Assistant United States Attorney, Butner,
North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Albert Hood appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hood v. Johns, No. 5:11-ct-03072-FL (E.D.N.C. Mar. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED